IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Neighborhood Barre, LLC | ) | Bankruptcy No. 18 B 14703 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Jack B. Schmetterer |
| | ) | |

**DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019**

NOW COMES the Debtor, Neighborhood Barre, LLC, by and through its attorneys, David P. Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 11 on May 11, 2018.

2. The case was converted to a Chapter 7 on February 21, 2019.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:    NONE

5. The Debtor obtained the following property after the filing of the petition and before conversion of the case: None, except income reported in the monthly reports filed by the Debtor.

6. The Debtor entered into the following executory contracts and unexpired leases after the filing of the petition and before conversion of the case:    NONE

Respectfully submitted,
Neighborhood Barre, LLC

By: *Holly Blakely*
Holly Blakeley, Manager