## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| **NEIGHBORHOOD BARRE, LLC,** ) | **Case No. 18-14703** |
| an Illinois corporation, ) | **Judge Jack B. Schmetterer** |

To: See Attached Service List

### NOTICE OF FILING

PLEASE TAKE NOTICE that on April 3, 2019, we filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, *Samantha Kennedy's Objection to Debtor's Final Report*, a true and correct copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

**SAMANTHA KENNEDY**

By: /s/ Amy E. Daleo
One of Her Attorneys

Cornelius P. Brown (Atty. No. 0312355)
Amy E. Daleo (Atty. No. 6281091)
COHON RAIZES & REGAL LLP
208 S. LaSalle Street, Suite 1440
Chicago, Illinois 60604
(312) 726-2252

## CERTIFICATE OF SERVICE

    The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and the corresponding documents was served via electronic transmission through the Court's ECF filing system or by First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on this the 3rd day of April, 2019 before the hour of 5:00 p.m.

                                                                                  /s/ Amy E. Daleo

## SERVICE LIST

Mr. Patrick S Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street, Suite 873
Chicago, Illinois 60604
USTPRegion11.ES.ECF@usdoj.gov
Kimberly.Bacher@usdoj.gov

Mr. Michael K Desmond
Figliulo & Silverman P C
10 S LaSalle Suite 3600
Chicago, IL 60603
312-251-5257
mdesmond@FSlegal.com

Mr. David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525
courtdocs@davidlloydlaw.com

Ms. Barbara L. Yong
70 W. Madison
Suite 1500
Chicago, IL 60602
blyong@GCT.law

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| **NEIGHBORHOOD BARRE, LLC,** ) | **Case No. 18-14703** |
| an Illinois corporation, ) | **Judge Jack B. Schmetterer** |

**SAMANTHA KENNEDY'S OBJECTION TO DEBTOR'S FINAL REPORT**

Creditor Samantha Kennedy ("Creditor" or "Kennedy"), through her undersigned attorneys, hereby submits her objection ("Objection") to Debtor's Final Report Pursuant to Bankruptcy Rule 1019 [Dkt. No. 137]("Final Report"), and in support of her Objection states as follows:

1. Debtor Neighborhood Barre, LLC ("Debtor") commenced this case on May 21, 2018 ("Petition Date"), by filing its Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code.

2. On February 12, 2019, an order was entered converting Neighborhood's Chapter 11 case to Chapter 7.

3. Debtor operates an exercise studio located in Oak Park, Illinois operating as part of a franchise known as The Dailey Method.

4. Bankruptcy Rule 1019(5) requires a debtor-in-possession to file a final report and account within 30 days of the date of conversion.

5. On March 5, 2019, Debtor filed its Final Report [Dkt. No. 137].

6. In paragraph 5 of the Final Report the Debtor states that it acquired no property after filing of the petition and before conversion of the case: "except income reported in the monthly reports filed by the Debtor." The Final Report is attached as exhibit A.

7. The Debtor's Operating Reports show that the Final Report is wrong. Debtor's

1

Operating Reports show that Debtor purchased retail inventory after the petition date and prior to the date of conversion.

8. The Operating Report for January 2019 [Dkt. no. 140] shows that Debtor paid at least $5,160.82 in January 2019, presumably for inventory received by the Debtor. Debtor's bank statements identify the following purchases:

   a. $1,783.13 to Toesox Inc. on January 22, 2019;

   b. $677.69 to lululemon.com on January 18, 2019;

   c. Over $2,700 in multiple debit charges to Faire.com an online retail wholesaler.

9. The December 2018 Operating Report [Dkt. no. 139] also shows that Debtor paid at least $4,120.16 for inventory in December 2018. Debtor's bank statements identify the following purchases:

   a. $1,620.69 to lululemon.com on December 3, 2018;

   b. $499.47 to Astral (a clothing wholesaler) on December 17, 2018;

   c. Over $2,000 in multiple debit charges to Faire.com.

10. The balance sheet attached to Debtor's Operating Report for August 2018 [Dkt. No. 84], identifies inventory assets in the amount of $29,217.37. Debtor has not provided any explanation as to the disposition of that inventory.

11. Debtor has not provided a schedule of the inventory in its possession as of the date of conversion nor explained the disposition of the inventory it purchased during the course of the Chapter 11 case.

12. At the 341 meeting conducted on March 20, 2019, Debtor's principal Holly Blakeley admitted that Debtor was in possession of inventory as of the date of conversion, which she claims is located at the barre studio at 208 S. Marion St., Oak Park, Illinois.

13.     The January 2019 Operating Report also shows Debtor paid to the Apple Store the amount of $1,724.17 on January 7, 2019. Debtor has not identified any computers or phones it purchased during the course of the Chapter 11.

14.     The Operating Reports also show that Debtor made the following other purchases for which the Debtor has not provided an explanation, some of which appear to be personal expenses of the Debtor's principal. :

  a. $115.14 paid to Elevate Hair and Beauty on December 17, 2018;

  b. $358.61 paid to CVS Pharmacy on January 11, 2019;

  c. $55.05 and $22.32 paid to the Dana Hotel Spa on January 14, 2019;

  d. $357.00 cash withdrawal on January 15, 2019;

  e. $50.80 paid to Elevate Hair and Beauty on January 23, 2019.

15.     Debtor has failed to disclose and account for the inventory and other assets it acquired during the course of the Chapter 11 case.

16.     The Final Report shows no unpaid administrative expenses. On information and belief, Debtor incurred administrative expenses during the course of the Chapter 11 case. Debtor continued operating as a franchisee of The Dailey Method after expiration of the franchise agreement in October 2018. The Operating Reports do not show payments of franchise fees. If not paid, this is likely an unreported administrative expense.

WHEREFORE, Creditor Samantha Kennedy prays that this court deny Debtor's Final Report and order Debtor to provide an inventory of all property acquired after the petition date and prior to the conversion date, including all inventory purchased during that time period, and grant such other relief that this Court finds necessary and just.

*          *          *

3

Respectfully submitted,

**SAMANTHA KENNEDY**

By: /s/ Amy E. Daleo
One of Her Attorneys

Cornelius P. Brown (Atty. No. 0312355)
Amy E. Daleo (Atty No. 6281091)
COHON RAIZES & REGAL LLP
208 S. LaSalle Street, Suite 1860
Chicago, Illinois 60604
(312) 726-2252

4

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
Neighborhood Barre, LLC ) Bankruptcy No. 18 B 14703
) Chapter 7
)
Debtor ) Judge Jack B. Schmetterer
)

### DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES the Debtor, Neighborhood Barre, LLC, by and through its attorneys, David P. Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 11 on May 11, 2018.

2. The case was converted to a Chapter 7 on February 21, 2019.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:   NONE

5. The Debtor obtained the following property after the filing of the petition and before conversion of the case:  None, except income reported in the monthly reports filed by the Debtor.

6. The Debtor entered into the following executory contracts and unexpired leases after the filing of the petition and before conversion of the case:   NONE

Respectfully submitted,
Neighborhood Barre, LLC

By: /s/ Holly Blakeley
Holly Blakeley, Manager