# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Neighborhood Barre, LLC | ) | Bankruptcy No. 18 B 14703 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Jack B. Schmetterer |
| | ) | |

## AMENDED FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES the Debtor, Neighborhood Barre, LLC, by and through its attorneys, David P. Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 11 on May 11, 2018.

2. The case was converted to a Chapter 7 on February 21, 2019.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:

PNC Bank—overdraft charges: $3,225.06. Caused by closing of account but failure to cancel automatic payments. Bills paid ar recited on Debtor's monthly report for February, 2019.

Internal Revenue Service—withholding tax: $101.53

Fox Holdings, LLC—rent and real estate taxes: $6,443.27.

5. The Debtor obtained the following property after the filing of the petition and before conversion of the case:  None, except income reported in the monthly reports filed by the Debtor, and additional inventory (athletic clothing, water bottles, and other items) of approximately $8,000 in value. Debtor does not have access to Dailey Method financial reporting software.

6. The Debtor entered into the following executory contracts and unexpired leases after the filing of the petition and before conversion of the case: NONE

Respectfully submitted,
Neighborhood Barre, LLC

By: *Holly Blakeley*
 Holly Blakeley, Manager

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265